# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

Marilyn Kelly,
Chief Justice

139222

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 139222
COA: 276375
Oakland CC: 2006-206437-FC

MANAL PAULS,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

_____
Clerk

s0114